**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| TYLER M. HARRIS, individually, | No. 3:14-cv-05379-KLS |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, | |
| Defendant. | |

## I. STIPULATION

COMES NOW the parties hereto, Plaintiff Tyler M. Harris, by and through her attorneys of record, Wayne C. Fricke and Michael J. Fisher, and Defendant State Farm Mutual Automobile Insurance Company, acting by and through its attorney of record, Gregory S. Worden, and, pursuant to CR 41(a)(1)(A), hereby stipulate that all of Plaintiff's claims against Defendant in this action shall be dismissed with prejudice and without costs.

DATED this 31st day of August, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP     HESTER LAW GROUP, INC., P.S.

 /s/ Gregory S. Worden                                    /s/ Wayne C. Fricke
Gregory S. Worden, WSBA#24262            Wayne C. Fricke, WSBA#16550

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS- 1
4813-5436-9829.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020

RUSH, HANNULA, HARKINS & KYLER, L.L.P.

*/s/ Michael J. Fisher*
Michael J. Fisher, WSBA#32778

## II.    ORDER OF DISMISSAL

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER,** that all claims asserted against Defendant in this action shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

DATED this 2nd day of September, 2015.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Gregory S. Worden*

Approved as to form and notice:

HESTER LAW GROUP, INC., P.S.

*/s/ Wayne C. Fricke*
Wayne C. Fricke, WSBA#16550

RUSH, HANNULA, HARKINS & KYLER, L.L.P.

*/s/ Michael J. Fisher*
Michael J. Fisher, WSBA#32778

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS- 2
4813-5436-9829.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020